# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re DARRIN LENALD COOPER,<br><br>Debtor,<br><br>DARRIN LENALD COOPER,<br><br>Appellant,<br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Appellee. | No.  24-1084<br><br>BAP No. WW-23-1098 |

## APPELLEE SOCIAL SECURITY ADMINISTRATION'S OBJECTION TO APPELLANT COOPER'S BILL OF COSTS

Appellee Social Security Administration (SSA) objects under Federal Rule of Appellate Procedure 39(d)(2) to Appellant Darrin Lenald Cooper's Bill of Costs [dkt. no. 47.1]. SSA objects only to part of the $903.00 amount listed as the "Appeal from Bankruptcy Appellate Panel Docket Fee." The fee for appealing from the BAP to this Court is $605.00. https://www.ca9.uscourts.gov/general/fee-schedule/. The $903.00 listed on Cooper's Bill of Costs also includes the $298.00 fee

that applied to his appeal from the bankruptcy court to the BAP. *See* 9th Circuit BAP Litigant's Manual at 7, ¶ V(D): https://cdn.ca9.uscourts.gov/datastore/bap/2024/Litigants-Manual.pdf. That $298.00 fee is payable to the bankruptcy court and should be included in a Bill of Costs that is submitted to that court. *Id.* Only the $605.00 fee for appealing from the BAP to this Court should be included in the present Bill of Costs. *See* Form 10 Instructions https://cdn.ca9.uscourts.gov/datastore/uploads/forms/form10instructions.pdf and Fed. R. App. P. 3(e) (both stating general rule that notice of appeal fee is payable to the district court).

Accordingly, the Clerk should strike $298.00 from Cooper's Bill of Costs and allow the costs in the total amount of $639.00.

DATED this 15th day of April 2025.

                         Respectfully submitted,

                         *s/ Kyle A. Forsyth*
                         KYLE A. FORSYTH
                         Assistant United States Attorney
                         Western District of Washington
                         700 Stewart Street, Suite 5220
                         Seattle, Washington 98101