UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DARRIN LENALD COOPER, <br><br> Appellant, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, <br><br> Appellee. | No. 24-1084 <br><br> BAP No. 1:23-bk-1098 <br> Bankruptcy Appellate Panel for Washington Western, Seattle <br><br> ORDER |

The opposition to the Bill of Costs (DE 47), construed as a motion by Appellee Social Security Administration to reduce the requested costs, is granted. Costs shall be taxed in favor of Appellant Darrin Lenald Cooper in the reduced amount of $639.20 calculated as follows: for production of the Excerpts of Record (3 copies of 24 pages x $0.10); Opening brief (6 copies of 32 pages x $0.10); Reply brief (6 copies of 13 pages x $0.10); and $605 for the court of appeals filing fee. The filing fee for the bankruptcy court or Bankruptcy Appellate Panel case must be recovered from the court to which the fee was paid. *See* Fed. R. App. P. 39.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT